UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AZUCENA VASQUEZ LOPEZ,

Petitioner,

v.

JULIO HERNANDEZ, BRUCE
SCOTT, MARKWAYNE MULLIN,
UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, and
TODD BLANCHE,

Respondents.

C26-0775 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

(1)     Respondents' motion to amend judgment, docket no. 13, was improperly
noted for the same day it was filed.  _See_ Local Civil Rule 7(d).[1]  Respondents' motion to
amend judgment, docket no. 13, is RENOTED to May 15, 2026.  Any response shall be
filed by the new noting date, and no reply shall be filed unless requested by the Court.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

Dated this 30th day of April, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

---

[1] A motion for reconsideration may be noted for the same day it is filed, but such motion may not
be granted without calling for a response.  _See_ Local Civil Rule 7(h).

MINUTE ORDER - 1